# VERIFICATION

**STATE OF TEXAS** §

**COUNTY OF HIDALGO** §

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 5:06:49 PM
KEITH E. HOTTLE
Clerk

BEFORE ME, the undersigned authority, on this day personally

appeared CARMEN BENAVIDES RAMIREZ, who is personally known to

me, and first being duly sworn, upon his oath deposed and said:

> My name is Carmen Benavides Ramirez. I am over the age of 18 and am of sound mind and body, and am capable of giving this statement. I do hereby swear that I am familiar with all of the factual statements made within this motion to withdraw. They are true and correct.

Carmen Benavides Ramirez

SUBSCRIBED AND SWORN TO BEFORE ME on the 28TH day of

September 2015, to certify which witness my hand and official seal



Notary Public in and for the State of Texas

My Commission Expires: 12-01-15

MARTHA INFANTE
Notary Public, State of Texas
My Commission Expires
December 01, 2015